UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| V. | § | NO. | A 18 CR 109- LY |
| | § | | |
| | § | | |
| JARED PATTON ROARK | § | | |

**UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant Jared Patton Roark, through undersigned counsel, and files this unopposed motion to continue his self-surrender date, showing the Court as follows:

On September 20, 2019, the Court sentenced Mr. Roark was to 33 months imprisonment, followed by 3 years of supervised release.  The Court allowed Mr. Roark to self-surrender.

Mr. Roark appealed the conviction and the Court allowed Mr. Roark to remain free on conditions of release during the pendency of the appeal.

On November 4, 2020, the mandate issued affirming the conviction.

On January 5, 2021, the Bureau of Prisons notified Mr. Roark that he was to to self-surrender at FCI Three Rivers on January 15, 2021, by 2:00 PM.

The coronavirus pandemic remains unchecked in the United States and the state of Texas. Positivity test rates remain dangerously high in the region.  While vaccinations are becoming available, they remain in limited supply.  Mr. Roark requests that the Court delay his date to self-surrender to a BOP facility to no earlier than March 1, 2021.  This will allow pandemic conditions to abate and for Mr. Roark to arrange his personal affairs before surrendering to commence his term of imprisonment.

Assistant U.S. Attorney Douglas Gardner representing the government is not opposed to the Court continuing the surrender date to a date not earlier than March 1, 2021. Mr. Gardner advised that the Government would oppose any further extensions beyond the March 1, 2021 date.

Mr. Roark, therefore, respectfully requests that his self-surrender date be continued to a date no earlier than March 1, 2021.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender

By: _____
        /s/ JOSE I. GONZALEZ-FALLA
        Assistant Federal Public Defender
        Western District of Texas
        Lavaca Plaza
        504 Lavaca, Suite 960
        Austin, Texas 78701
        (512) 916-5025
        (512) 916-5035 (FAX)
        Bar Number: Texas 08135700

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Gardner
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, TX 78701

                                              _____
                                              /s/ JOSE I. GONZALEZ-FALLA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO.   A 18 CR 109- LY |
| | § § | |
| JARED PATTON ROARK | § § | |

**O R D E R**

On this date came on to be considered Defendant's Unopposed Motion to Continue Self-Surrender Date.  The Court finds that for the reasons stated in the Defendant's motion, the motion should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendant Jared Patton Roark is to voluntarily surrender to the designated BOP facility no earlier than the 1st day of March, 2021, as directed by the U.S. Marshals Service and the Bureau of Prisons.

IT IS FURTHER ORDERED THAT Defendant Jared Patton Roark continue to comply with all conditions of pretrial release currently in effect.

SIGNED this _____ day of _____, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE